D+P

Frank Jolivert
2284 Dutch Broadway
Elmont, New York 11003

HON. DENIS R. HURLEY
NOV 16 2004

To: Denis R. Hurley
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722-4438

November 12, 2004

Dear Honorable Hurley;

Hello! Please be advised that this is Frank Jolivert, I am writing to you to request an adjourned court date; pertaing to Case # 00-CV-6672 Jolivert v. Dowsett. I am supposed to commence trial the first week of December. I have an appointment on December 7 (Seventh), and 12th to report to my parole officer. It is mandatory that I report to parole. I will be available after the Date of December 12th; to proceed with the case.

page 1

I would appreciate that the Court Can grant me, a postponement pertaining to this matter. Thank You! in advance for your Time and Attention; pertaining to this Matter. Your Prompt reply Shall be deeply Valued.

Respectfully Yours,

*[signature]*

Frank Jolivert

page 2

Frank Jolivert Broadway
10384 Dutch
Elmont, New York 11003

To: Denis R. Hurley
District Judge
United States District Court
Eastern District of New York
100 FEDERAL PLAZA
Central Islip, New York 11722-4438