AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

FRANKEL JOLIVERT

        V.

DANIEL DOWSETT, Nassau County Police Department; POLICE OFFICER WELLER, #7502, Nassau County Police Department; JOHN DOES OF THE FIFTH PRECINCT; NASSAU COUNTY POLICE DEPARTMENT, and COUNTY OF NASSAU

JUDGMENT IN A CIVIL CASE
CV-00-6672 (DRH)

-----------------------------------------------------------------X

  X    Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

       Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

       The jury having found for the Defendants and against plaintiff, FRANKEL JOLIVERT,

       IT IS HEREBY ORDERED AND ADJUDGED that the Plaintiff, FRANKEL JOLIVERT, take nothing of the defendants, DANIEL DOWSETT, POLICE OFFICER WELLER, JOHN DOES OF THE FIFTH PRECINCT, NASSAU COUNTY POLICE DEPARTMENT, AND THE COUNTY OF NASSAU. The case is dismissed with prejudice.

       THE CLERK IS DIRECTED TO CLOSE THIS CASE.

Dated:  December 9, 2004  
Central Islip, New York

ROBERT C. HEINEMANN  
CLERK OF THE COURT  
By: PATRICIA BEST  
      Deputy Clerk

AO 450 (Rev. 5/85) Judgment in a Civil Case
W4444444444444444444444444444444444444444444444444444444444444444U

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

FRANKEL JOLIVERT                                       JUDGMENT IN A CIVIL CASE
                                                       CV-00-6672 (DRH)
      V.

DANIEL DOWSETT, Nassau County Police
Department; POLICE OFFICER WELLER, #7502,
Nassau County Police Department; JOHN DOES
OF THE FIFTH PRECINCT; NASSAU COUNTY
POLICE DEPARTMENT, and COUNTY OF
NASSAU
-----------------------------------------------------------------X

  X     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

        Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

        The jury having found for the Defendants and against plaintiff, FRANKEL JOLIVERT,

        IT IS HEREBY ORDERED AND ADJUDGED that the Plaintiff, FRANKEL JOLIVERT, take nothing of the defendants, DANIEL DOWSETT, POLICE OFFICER WELLER, JOHN DOES OF THE FIFTH PRECINCT, NASSAU COUNTY POLICE DEPARTMENT, AND THE COUNTY OF NASSAU. The case is dismissed with prejudice.

        THE CLERK IS DIRECTED TO CLOSE THIS CASE.


Dated:   December 9, 2004                              ROBERT C. HEINEMANN
Central Islip, New York                                CLERK OF THE COURT
                                                       By: PATRICIA BEST
                                                            Deputy Clerk

AO 450 (Rev. 5/85) Judgment in a Civil Case

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

FRANKEL JOLIVERT

              V.

DANIEL DOWSETT, Nassau County Police Department; POLICE OFFICER WELLER, #7502, Nassau County Police Department; JOHN DOES OF THE FIFTH PRECINCT; NASSAU COUNTY POLICE DEPARTMENT, and COUNTY OF NASSAU

-----------------------------------------------------------------X

JUDGMENT IN A CIVIL CASE
CV-00-6672 (DRH)

  X     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

         Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

         The jury having found for the Defendants and against plaintiff, FRANKEL JOLIVERT,

         IT IS HEREBY ORDERED AND ADJUDGED that the Plaintiff, FRANKEL JOLIVERT, take nothing of the defendants, DANIEL DOWSETT, POLICE OFFICER WELLER, JOHN DOES OF THE FIFTH PRECINCT, NASSAU COUNTY POLICE DEPARTMENT, AND THE COUNTY OF NASSAU. The case is dismissed with prejudice.

         THE CLERK IS DIRECTED TO CLOSE THIS CASE.


Dated:  December 9, 2004                  ROBERT C. HEINEMANN
Central Islip, New York                    CLERK OF THE COURT
                                                         By: PATRICIA BEST
                                                             Deputy Clerk

AO 450 (Rev. 5/85) Judgment in a Civil Case

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

FRANKEL JOLIVERT

        V.

DANIEL DOWSETT, Nassau County Police Department; POLICE OFFICER WELLER, #7502, Nassau County Police Department; JOHN DOES OF THE FIFTH PRECINCT; NASSAU COUNTY POLICE DEPARTMENT, and COUNTY OF NASSAU

----------------------------------------------------------------X

JUDGMENT IN A CIVIL CASE
CV-00-6672 (DRH)

  X     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

        Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

The jury having found for the Defendants and against plaintiff, FRANKEL JOLIVERT,

IT IS HEREBY ORDERED AND ADJUDGED that the Plaintiff, FRANKEL JOLIVERT, take nothing of the defendants, DANIEL DOWSETT, POLICE OFFICER WELLER, JOHN DOES OF THE FIFTH PRECINCT, NASSAU COUNTY POLICE DEPARTMENT, AND THE COUNTY OF NASSAU. The case is dismissed with prejudice.

THE CLERK IS DIRECTED TO CLOSE THIS CASE.

Dated:  December 9, 2004
Central Islip, New York

ROBERT C. HEINEMANN
CLERK OF THE COURT
By: PATRICIA BEST
     Deputy Clerk