ORIGINAL
DIF

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
FRANKEL JOLIVERT,

              PLAINTIFF,

  -AGAINST-

DANIEL DOWSETT, NASSAU COUNTY
POLICE DEPARTMENT; POLICE OFFICER
WELLER, #7502, NASSAU COUNTY
POLICE DEPARTMENT; JOHN DOE(S) OF
THE (FIFTH PRECINCT), NASSAU
COUNTY POLICE DEPARTMENT; AND
COUNTY OF NASSAU,

              DEFENDANTS.[1]
----------------------------------X

VERDICT SHEET
00-CV-6672 (DRH)

## INSTRUCTIONS

THE APPLICABLE LAW AS TO THIS CASE IS FULLY SET FORTH IN THE CHARGE. THE PURPOSE OF THIS FORM IS **SOLELY** TO ASSIST YOU IN REPORTING YOUR VERDICT.

YOUR VERDICT MUST BE UNANIMOUS, THAT IS, EACH OF YOU MUST AGREE ON THE ANSWER TO EACH QUESTION.

## FEDERAL CIVIL RIGHTS CLAIMS

1. HAS THE <u>FEDERAL CIVIL RIGHTS/EXCESSIVE FORCE CLAIM</u> AS TO DEFENDANT <u>DOWSETT</u> BEEN ESTABLISHED?

    YES _____    NO __X__

2. HAS THE <u>FEDERAL CIVIL RIGHTS/EXCESSIVE FORCE CLAIM</u> AS TO DEFENDANT <u>WELLER</u> BEEN ESTABLISHED?

    YES _____    NO __X__

---

[1] ALTHOUGH THERE ARE MULTIPLE DEFENDANTS IN THE CAPTION, YOU ARE BEING CALLED UPON ONLY TO ADDRESS PLAINTIFF'S CLAIMS AGAINST DEFENDANTS DOWSETT AND WELLER.

3. HAS THE FEDERAL CIVIL RIGHTS/FALSE ARREST CLAIM AS TO DEFENDANT DOWSETT BEEN ESTABLISHED?

   YES _____ NO __X__

4. HAS THE FEDERAL CIVIL RIGHTS/FALSE ARREST CLAIM AS TO DEFENDANT WELLER BEEN ESTABLISHED?

   YES _____ NO __X__

5. HAS THE FEDERAL CIVIL RIGHTS/MALICIOUS PROSECUTION CLAIM AS TO DEFENDANT DOWSETT BEEN ESTABLISHED?

   YES _____ NO __X__

6. HAS THE FEDERAL CIVIL RIGHTS/MALICIOUS PROSECUTION CLAIM AS TO DEFENDANT WELLER BEEN ESTABLISHED?

   YES _____ NO __X__

7. HAS THE FEDERAL CIVIL RIGHTS/SEARCH AND SEIZURE CLAIM AS TO DEFENDANT DOWSETT BEEN ESTABLISHED?

   YES _____ NO __X__

8. HAS THE FEDERAL CIVIL RIGHTS/SEARCH AND SEIZURE CLAIM AS TO DEFENDANT WELLER BEEN ESTABLISHED?

   YES _____ NO __X__

## STATE LAW CLAIMS

9. HAS THE STATE LAW/FALSE ARREST CLAIM AS TO DEFENDANT DOWSETT BEEN ESTABLISHED?

   YES _____ NO __X__

10. HAS THE STATE LAW/FALSE ARREST CLAIM AS TO DEFENDANT WELLER BEEN ESTABLISHED?

    YES _____ NO __X__

11. HAS THE STATE LAW/BATTERY CLAIM AS TO DEFENDANT DOWSETT BEEN ESTABLISHED?

    YES _____ NO __X__

12. HAS THE <u>STATE LAW/BATTERY CLAIM</u> AS TO DEFENDANT <u>WELLER</u> BEEN ESTABLISHED?

    YES _____   NO __X__

13. HAS THE <u>STATE LAW/MALICIOUS PROSECUTION CLAIM</u> AS TO DEFENDANT <u>DOWSETT</u> BEEN ESTABLISHED?

    YES _____   NO __X__

14. HAS THE <u>STATE LAW/MALICIOUS PROSECUTION CLAIM</u> AS TO DEFENDANT <u>WELLER</u> BEEN ESTABLISHED?

    YES _____   NO __X__

IF YOU ANSWERED "YES" TO QUESTIONS 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13 <u>OR</u> 14, PROCEED TO QUESTION 15.

IF, ON THE OTHER HAND YOU HAVE ANSWERED "NO" TO ALL OF THE ABOVE QUESTIONS, YOU HAVE FOUND FOR DEFENDANTS AND SHOULD SIMPLY REPORT YOUR VERDICT.

## DAMAGES

### COMPENSATORY DAMAGES

15. WHAT AMOUNT, IF ANY, HAVE YOU AWARDED TO PLAINTIFF AS COMPENSATORY DAMAGES?

    $ _____

### NOMINAL DAMAGES

16. IF YOU FOUND THAT PLAINTIFF PROVED <u>ONE OR MORE OF HIS FEDERAL CIVIL RIGHTS CLAIMS</u> AGAINST EITHER OR BOTH OF THE DEFENDANTS, BUT THAT PLAINTIFF FAILED TO PROVE THAT HE SUSTAINED ACTUAL DAMAGES AS A RESULT THEREOF, THEN YOU MUST AWARD NOMINAL DAMAGES OF $1.00 TO PLAINTIFF. DO YOU FIND THAT HE IS ENTITLED TO NOMINAL DAMAGES?

    YES _____   NO _____

### PUNITIVE DAMAGES

17. DO YOU FIND THAT AN AWARD OF PUNITIVE DAMAGES IS WARRANTED

AGAINST DEFENDANT DOWSETT?

        YES _____ NO _____

18. IF YOU ANSWERED QUESTION 17 "YES," IN WHAT AMOUNT?

        $ _____

19. DO YOU FIND THAT AN AWARD OF PUNITIVE DAMAGES IS WARRANTED AGAINST DEFENDANT WELLER?

        YES _____ NO _____

20. IF YOU ANSWERED QUESTION 19 "YES," IN WHAT AMOUNT?

        $ _____

        _____
                    FOREPERSON

DATED: DECEMBER    , 2004
       CENTRAL ISLIP, NEW YORK